IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Courtroom Deputy: LaDonne Bush  Date: June 11, 2009
Court Reporter: Janet Coppock
Probation Officer: Keith Williams

Criminal Action No. 07–cr–00188–WDM-16

Parties:                                Counsel:

UNITED STATES OF AMERICA,               Colleen Covell

    Plaintiff,

vs.

16.  BRUNO TYREE,                       Thomas Goodreid

    Defendant.

## SENTENCING - COURTROOM MINUTES

9:05 a.m.     Court in session.

Defendant present and on bond.

Defendant entered his plea of guilty on April 24, 2008 to Count One of the Second Superseding Indictment and admitted Count Sixty-Four of the Second Superseding Indictment.

The statement of facts in the Plea Agreement and the Presentence Report are not disputed by the parties and are adopted in the Court's factual findings in this case.  The report is incorporated by reference as part of the Court's findings and conclusions with amendments as noted on the record.

Statement by the Court regarding Defendant's offense level, criminal history level, and sentencing guidelines range.

Statements by Mr. Goodreid, Defendant and Ms. Covell.

**ORDERED:**  Defendant's plea of guilty to Count One of the Second Superseding Indictment and admission to Count Sixty-Four of the Second Superseding Indictment are accepted.

**ORDERED:**  Government's Motion Pursuant to 18 U.S.C. §3553(e) and §5K1.1 for Downward Departure Based on Substantial Assistance (Doc. 957) is granted in part and denied in part as set forth on the record.

**ORDERED:**  Defendant shall be imprisoned for 36 months with credit for time served.

**ORDERED:**  Upon release from imprisonment, Defendant shall be placed on supervised release for a period of five years.

**ORDERED:**  Conditions of supervised release that:

- (X)  Within 72 hours of release from the custody of the Bureau of Prisons, Defendant shall report in person to the probation office in the district to which Defendant is released.
- (X)  Defendant shall not commit another federal, state or local crime.
- (X)  Defendant shall not unlawfully possess controlled substances.
- (X)  Defendant shall not possess a firearm.
- (X)  Defendant shall comply with standard conditions adopted by this court.
- (X)  Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and two periodic drug tests thereafter.
- (X)  Defendant shall cooperate in the collection of DNA as directed by the probation officer.

**ORDERED**:  Special condition of supervised release:

- (X)  Defendant shall participate in a program of testing and treatment for alcohol abuse as directed by the probation officer until such time as Defendant is released from the program by the probation officer. Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment.  Defendant may be required to pay the cost of treatment as directed by the probation officer.

**ORDERED:**  Defendant shall pay a special assessment of $100 to be paid immediately.

**ORDERED:**  Fine is waived because Defendant has no ability to pay a fine.

Defendant is advised of right to appeal. Any notice of appeal must be filed within 10 days.

**ORDERED**:  Defendant shall self-report to the designated institution by noon on July 13, 2009.

9:54 a.m.     Court in Recess

Time:   00:49
Hearing concluded.